# Court of Appeals
# of the State of Georgia

ATLANTA,___June 19, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1892.    LERA MCKINNIS et al. v. GOLDEN ALLIANCE MANAGEMENT.**

This case began as a dispossessory proceeding in magistrate court. After an adverse ruling, defendants Lera McKinnis and Gary Tsegai appealed the magistrate court's decision to the superior court. The superior court entered an order granting the plaintiff's motion to dismiss and remanding the case to magistrate court. McKinnis and Tsegai have appealed that order directly to this Court.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, McKinnis and Tsegai were required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Their failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 06/19/2014 _____
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*